**No. 52714.**—Foreign Vintages, Inc. *v.* United States, protest 130780–K (New York).

Opinion by JOHNSON, J.    At the trial it was stipulated that the merchandise, issues, and facts herein are similar in all material rsepects to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351), and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer.    In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it pertains to the quantity reported by the inspector as manifested, not found, is subject to an allowance in duties and internal revenue taxes.    The protest was sustained to this extent.

**No. 52715.**—G. Granucci & Sons et al. *v.* United States, protests 136205–K, etc. (New York).

Opinion by JOHNSON, J.    At the trial it was stipulated that the issues and facts herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as manifested, not found, were not in fact received by the importer.    In accordance with stipulation and following the decision cited it was held that the merchandise, insofar as it pertains to the quantities reported by the inspector as manifested, not found, is subject to an allowance in duties.    The protests were sustained to this extent.

**No. 52716.**—Skins Trading Corp. *v.* United States, protest 138286–K (New York).

Opinion by JOHNSON, J.    At the trial it was stipulated that the issues and facts herein are similar to those involved in *United States* v. *Browne Vintners Co., Inc.* (34 C. C. P. A. 112, C. A. D. 351) and that the quantities reported by the inspector as not landed were not in fact landed.    In accordance with stipulation and following the decision cited it was held that the package of fur wearing apparel reported by the inspector as not landed, not found, is subject to an allowance in duty as claimed.    The protest was sustained to this extent.